UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT DOUGLAS, | ) Case No. EDCV 08-1126-VBF(RC) |
|     Petitioner, | ) |
| vs. | ) ORDER ADOPTING REPORT AND |
|  | ) RECOMMENDATION OF UNITED STATES |
| FNU WALKER, | ) MAGISTRATE JUDGE |
|     Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; (3) petitioner has failed to exhaust his state court remedies; and (4) Judgment shall be entered dismissing the petition and action without prejudice.

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and Judgment by the United States mail on petitioner.

DATED:    February 24, 2009

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\08-1126.ado
1/20/09

2