UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT DOUGLAS, | ) Case No. EDCV 08-1126-VBF(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| FNU WALKER, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed without prejudice.

DATE: <u>February 24, 2009</u>

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

R&R\08-1126.jud
1/20/09